No. 94–6858. MORRELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6859. OSIFO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6860. ALLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6865. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6867. HART *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6868. DOWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6869. DOUGLAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6873. FERREYROS-PERRIGGO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6879. GREER *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 94–6880. GONZALEZ *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 94–6881. PARKE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6882. HARRIS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–6883. INICO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6892. WALKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.